DECIDED NOVEMBER 12, 1929.

## 20020. MOBBS *v.* THE STATE.

BLOODWORTH, J. In the light of the charge as a whole and the facts of the case (the court having fully and explicitly instructed the jury upon the law of justifiable homicide, including the fears of a reasonable man), none of the excerpts from the charge, complained of in the motion for a new trial, show material error. Isolated fragments of a charge should always be considered in the light of the charge as a whole. The other special grounds of the motion fail to show cause for a reversal of the judgment. The verdict was authorized by the evidence, and the refusal to grant a new trial was not error.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED NOVEMBER 12, 1929,

*W. W. Mundy,* for plaintiff in error.
*S. W. Ragsdale, solicitor-general,* contra.